UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE JOSEPH CLARK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5444** |
| **ASSUMPTION PARISH DETENTION CENTER, ET. AL** | **SECTION: "B"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts as it as its opinion in this matter. Therefore,

**IT IS ORDERED** the Defendant, Royal Brown's ("Brown") **Motion to Dismiss (R. Doc. 18)** is **GRANTED** and that Plaintiff, Eugene Joseph Clark's ("Clark") claims against Defendant Brown are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that Plaintiff, Eugene Joseph Clark's claims against Defendant, Assumption Parish Detention Center, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 42 U.S.C. § 1983.

New Orleans, Louisiana, this 19th day of February, 2014.

UNITED STATES DISTRICT JUDGE